PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
BEATRICE NA, CSBN 303390
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8967
    Facsimile: (415) 744-0134
    E-mail: beatrice.na@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RAY JACHIN WINKELMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:16-cv-01126-AC<br><br>JOINT STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that deadline for Plaintiff's Motion for Summary Judgment be extended from April 14, 2017 to May 1, 2017.

The parties request this extension because Plaintiff had inquired that there may be some medical evidence missing from the Certified Administrative Record (CAR). Accordingly, Defendant's counsel has contacted and requested Office of Disability Adjudication and Review (ODAR), the agency component responsible for producing the CAR, to investigate whether there is any medical evidence missing from the CAR and if so, to produce supplemental CAR. Upon

Joint Stip. & Prop. Order for Ext.; 2:16-cv-1126-AC      1

investigation, ODAR has informed Defendant's counsel that there is no medical evidence that has not been included in the CAR already produced and filed with the Court, and that the CAR is the complete record. Because the inquiry and investigation process consumed some time following Defendant's filing of answer, the parties respectfully request additional time for Plaintiff to prepare his motion for summary judgment.

The parties further stipulate that all subsequent deadlines set forth in the Court's Scheduling Order shall be extended accordingly.

The parties stipulate in good faith, with no intent to prolong proceedings unduly.

Respectfully submitted,

Dated: April 11, 2017 */s/ Robert C. Weems*\*
(* As authorized via email on April 11, 2017)
ROBERT C. WEEMS

Attorney for Plaintiff

Dated: April 11, 2017 PHILLIP A. TALBERT
United States Attorney

By: */s/ Beatrice Na*
BEATRICE NA
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

DATED: April 12, 2017.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE