Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RAY JACHIN WINKELMAN,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>    Defendant | Case No: 2:16-cv-01126-AC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br>[Fed.R.Civ.P. 6] |

    WHEREAS, the Plaintiff requires additional time to complete drafting of his motion for summary judgment;

    WHEREAS, Plaintiff mis-calendared the date for filing of his motion for summary judgment to May 15, 2017 instead as stipulated to May 1, 2017;and

    WHEREAS, an additional extension of 28 days from the May 1, 2017 date is appropriate to file Plaintiff's motion for his summary judgment brief until May 29, 2017 is required, and any reply by Defendant will be due 30 days thereafter, and is not requested for an improper purpose. See, FRCP 11; *Unioil, Inc. v. E.F. Hutton & Co.*, 809 F.2d 548, 558 (9th Cir.1986).

    NOW, WHEREFORE, the Parties agree good cause exists for and, subject to the Court's approval, stipulate to an extension of all deadlines in this action. The revised due

1

Stipulation and Order

date for the filing of the brief of the motion for summary is May 29, 2017.  This is the Plaintiff's second request for additional time.

SO STIPULATED AND AGREED:

| For Plaintiff: | For Defendant: |
|---|---|
| WEEMS LAW OFFICES | PHILLIP A. TALBERT |
|  | United States Attorney |
|  | DEBORAH LEE STACHEL |
|  | Regional Chief Counsel, |
|  | Region IX |
|  | Social Security Administration |

/s/Robert C. Weems     By:  /s/ Beatrice Na

Robert C. Weems, Attorney for Plaintiff

Special Assistant United States Attorney and Attorney for the Defendant (per e-mail)

SO ORDERED:

DATE: May 19, 2017

*allison claire* (signature)

ALLISON CLAIRE
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT

Stipulation and Order