UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY JACHIN WINKELMAN,<br><br>Plaintiffs,<br><br>v.<br><br>COMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:16-cv-1126 AC<br><br><br><br>ORDER TO SHOW CAUSE |

On May 22, 2017, this court granted Plaintiff an extension of time to May 29, 2017 to file his motion for summary judgment. ECF 18. That deadline has now passed, and Plaintiff has not filed the anticipated motion. Good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall show cause, within 14 days, why his failure to file a motion for summary judgment should not be deemed a waiver of the right to file such a motion at any time, and why this case should not be dismissed for failure to prosecute.

DATED: June 6, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE